UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR99-294 MJP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | SUMMARY REPORT OF U.S. |
| | ) | MAGISTRATE JUDGE AS TO |
| TIMOTHY PAUL SABALA, | ) | ALLEGED VIOLATIONS |
| | ) | OF SUPERVISED RELEASE |
| Defendant. | ) | |
| | ) | |

An initial hearing on supervised release revocation in this case was scheduled before me on June 8, 2007. The United States was represented by AUSA Douglas B. Whalley and the defendant by Lee A. Covell. The proceedings were digitally recorded.

Defendant had been sentenced on or about February 28, 2001 by the Honorable Barbara Jacobs Rothstein on charges of Conspiracy to Import and Distribute Marijuana and Conspiracy to Engage in Money Laundering, and sentenced to 15 months custody, 5 years supervised release.

The conditions of supervised release included the standard conditions plus the requirements that defendant submit to search, participate in drug treatment, abstain from alcohol, provide access to financial information, participate in a mental health program, and not associate with any known

gang members. (Dkt.132.)

On May 25, 2004, defendant's probation officer reported that defendant was believed to have violated the conditions of supervision by committing the crime of driving while license suspended. Defendant was ordered by the Bellingham Municipal Court to attend a driver's education program and no further action was taken. (Dkt. 163.)

On March 7, 2005, defendant's probation officer reported that defendant tested positive for cocaine. Defendant was reprimanded, placed in a structured testing program, referred for professional assessment, counseling and intensive outpatient treatment, and no further action was taken at the time. (Dkt. 4.)

In an application dated May 18, 2007 (Dkt. 181 ), U.S. Probation Officer Jerrod Akins alleged the following violations of the conditions of supervised release:

1. Associating with Jamie Barrett, a convicted felon, on or about May 11, 2007, without the permission of the probation officer, in violation of standard condition No. 9.

2. Consuming alcohol on May 11, 2007, in violation of the special condition that he abstain from the use of alcohol.

3. Having contact with Jeffory Fisher, a convicted felon, without the permission of the probation officer, in violation of standard condition No. 9.

4. Having contact with Jade Thomas, a convicted felon, without the permission of the probation officer, in violation of standard condition No. 9.

5. Failing to truthfully answer all inquiries of the probation officer on May 16, 2007, in violation of standard condition No. 3.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted alleged violations 1, 2, 3 and 5, and waived any evidentiary hearing as to whether they occurred. (Dkt. 184.) The government moved to dismiss violation 4.

I therefore recommend the Court find defendant violated his supervised release as alleged in violations 1, 2, 3, and 5, and that the Court conduct a hearing limited to the issue of disposition. I recommend that the Court dismiss violation 4. The next hearing will be set before Judge Pechman.

Pending a final determination by the Court, defendant has been released on the conditions of supervised release.

DATED this 8th day of June, 2007.

_____
Mary Alice Theiler
U.S. Magistrate Judge

cc:  District Judge:         Honorable Marsha J. Pechman
     AUSA:                   Douglas B. Whalley
     Defendant's attorney:   Lee A. Covell
     Probation officer:      Jerrod Akins

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3